UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE REQUEST FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY NHAN LE | Misc. Action No. 21-146 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ORDER**

This Miscellaneous matter is before the Court upon the request by Dr. Nhan Le, Senior Lecturer in Finance at the Australian National University, for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.[1]  *See Electronic Public Access Fee Schedule*, JUDICIAL CONFERENCE (Dec. 31, 2019), https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule.  Dr. Le seeks a discretionary Public Access to Court Electronic Records ("PACER") fee exemption solely for the charges incurred in connection with a scholarly research project.

The Court finds that Dr. Le, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Dr. Le has demonstrated that the requested fee exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Moreover, Dr. Le has shown that her research project is intended for scholarly research, that it is limited in scope, and that it is not intended for redistribution on the internet or for commercial purposes.  Accordingly, Dr. Le shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Columbia,

---

[1] Requests for a PACER fee exemption "by academicians, researchers and other nonlitigants" are resolved by the Chief Judge of this Court.  D.D.C. LOCAL CIVIL RULE 40.7(g).

to the extent such use is incurred in the course of conducting the research for which she has requested the fee exemption.

Dr. Le shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.  The following limitations also apply:

1. Consistent with Dr. Le's representation that the fee exemption will apply only to her, this fee exemption applies only to Dr. Le and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system.

3. By accepting this fee exemption, Dr. Le agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Dr. Le is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases, unless expressly authorized by the Court.

5. This fee exemption is granted for the fixed period of time starting on November 24, 2021, and ending on November 23, 2022.

This fee exemption may be revoked at the discretion of the Court at any time.  The Clerk of the Court shall send a copy of this Order to the PACER Service Center.

**SO ORDERED.**

Date: November 23, 2021

_____
BERYL A. HOWELL
Chief Judge